3-20CV1168-K

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS DALLAS DIVISION

ORIGINAL

Motion to petition for redress of Grievance under the 1st amendment of the Constitution To release or give better conditions

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 7 2020
CLERK, U.S. DISTRICT COURT
By_____ Deputy

To The Honorable Judges of Said Court:

Comes Now, Nathaniel Cairo #20011022, Catherian Tyson #18024504, Deno Cooperer 19051898, Richard Wade #19029927, Rondal Jackson Jr #19040602, Miguel Jose Lopez Calixto #20011493, Tovar #1982341 - Lopez 20000929 Longoria #19010948  Darwin Rivera 20013377 Paul Ryder 19079824, Lewis 20004819, Reynaldo Farley 20006261 Coleman 20003386  John Coleman, Guillermo Gonzalez 19022728 Pratt 20006607 Dominic Olivares 20187211 Abel Lira #20010993, Haxans-Waldell Palmer #18051523 and files this motion & would show the following:

I.

It is the maxim of law that for a matter to be resolved it must be asserted.

It is a clear fact that the above mentioned petitioners are currently incarcerated in the Dallas County Jail while the COVID-19 Pandemic is currently devouring the population in the world and as a result the above mentioned petitioners

have been subject to Inhumane, harse, cruel and unusual punishment, to with not being housed properly as currently the jail has the petitioners who are flesh and blood living men with souls to be in 24 man tanks while it has already been deemed by Public officials that no more then 10 people are allowed to gather in one place at a time, while we are 14 people over that number by force and as a result our rights to access the courts has been denied we deem this Act to be unconstitutional and demand Remedy, Cure, and maintenence of the issue.

## II

As a result of the courts ~~due diligence~~ lack of due diligence we have suffered the violation of the Speedy trial Act as well as the right to be heard the right to bond the right transition to daily prison life to receive contact visits and program rehabilitation as well as to access the courts and have our motions heard and ruled on.

The above mention lack of safe gaurds not put in place by the courts amounts to denial of due process and as a result puts the courts in breach of contract as well as those under the courts authority.

For we did not consent to be treated as such and the courts are using color of law to justify the unconstitution conditions in which the Petitioners are currently being subject to by force.

## III

We move that the court order the relese of all of the petitioners to avoid lawsuits for fraud in the factum as well as intrinsic fraud and fraud for misplacing of ~~scratched~~ statutes. for the longer we are held to such conditions we are put at a greater risk everyday to catch COVID-19 and have had no gust treatment which can lead to an cruil lawsuit [see: the tuskigee study].

WHEREFORE PREMISES CONSIDERED defendants humbly prays that said court grand such motion as justice well be done in this case.

Respectfully Submitted
Pro SE Defendants

Hoxans Palmer #18051523, Leroy Lewis #20034819
_____ Pratt _____ 70906608, Ronald Jackson Jr # 1904002
Robert Coleman 2000386 _____
LaDarian Wilson #18024304, Richard Wade # 19029927
Kashawn Cain #20011022   Dominic Olivares 20157211

Reyshall Farley 20006266
Deno Cooper 19057598
Miguel Calixto ~~2099~~ 20011493
Touna David #19055723
Darwin Rivera Castro #20013377
Jose Lopez # 2000924
Guillermo Gonzalez #19022728

Haxans Palmer #1905 1523
Nathaniel Cairo #20011022
Rayshall Fedex #20004268
Deno Cooper #1905 15-98
Miguel Calixto #20011493
Guillermo Gonzalez #1902728
Jose Lopez Jr. 20000929
Tavin David #19059423
Jeremy Lutz 20000660
Dominic Olivarez 20187211
Robert Coleman 20005354
Richard Wade #19214927
PO Box 660394
Dallas, TX 75266

LaDarian Wilson #1902 4504
Leroy Lewis #20004814
Rondal Jackson Jr. #19040602
Darwin Rivera Castro #20013374

RECEIVED
MAY -7 2020
MAIL

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce St. Room 452
Dallas, TX 75242-1495